*United States District Court for the Northern District of Illinois*
Revised 03/11/2008

Case Number: 03CR5-1          Assigned/Issued By: NF

Judge Name:                   Designated Magistrate Judge:

**FEE INFORMATION**

*Amount Due:*  ☐ $350.00   ☐ $39.00   ☐ $5.00
               ☐ IFP       ☐ No Fee   ☐ Other _____
               ☐ $455.00

Number of Service Copies _____        Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____              Receipt #: _____

Date Payment Rec'd: _____        Fiscal Clerk: _____

**ISSUANCES**

☐ Summons                                 ☐ Alias Summons
☐ Third Party Summons                     ☐ Lis Pendens
☐ Non Wage Garnishment Summons            ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons      _____
                                          _____
                                          *(Victim, Against and $ Amount)*
☑ Citation to Discover Assets             ☐ Other
☐ Writ _____               _____
     *(Type of Writ)*                     _____
                                          *(Type of issuance)*

1 Original and 1 copies on 5/10/12 as to GRAYSTAR CONSTRUCTION
                        *(Date)*
( THIRD PARTY  NO NOTICES)_____

_____